13090

### BURN v. NOCK
(2 Cases)

(157 S. E., 623)

July, 1930.

*Messrs. J. K. Owens* and *Ross N. Lindsay,* for appellant,

*Mr. John D. Nock*, for respondent,

March 11, 1931.

The opinion of the Court was delivered by MR. JUSTICE COTHRAN.

The Court is satisfied with the order of his Honor, Judge Dennis, and, for the reasons stated therein, it is affirmed.

MR. CHIEF JUSTICE BLEASE and MESSRS. JUSTICES STABLER and CARTER and MR. ACTING ASSOCIATE JUSTICE COSGROVE concur.